# Invoice

Ex. #12 

**LCG Discovery Experts**
11767 Katy Freeway
Suite 515
Houston, Texas 77079

Ph#: (832) 251-6600
Fax: (832) 251-6601

**Invoice #:** 3770
**Invoice Date:** 7/14/2017
**Due Date:** 7/28/2017
**Terms:** Net 14
**Tax ID:** 26-3570686

**Bill To:**
Jermey Hansen

**Project:** 001 - Jermey Hansen
**Matter/Ref #:** Jermey Hansen
**Client PM:** mail.com

| Date | Item | Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 6/30/2017 | Fixed Fee | Prep, setup, and documented CoC and created forensic image and backup copies of cell phone. Note: used (2) 1.0TB HDDs from inventory. | 1 | 525.00 | 525.00T |
| 6/30/2017 | JGN-ESI Tech/ID | C309-A9 Internet activity analysis of 1 device. | 1 | 350.00 | 350.00T |
| 6/30/2017 | Fixed Fee | Prep, setup and documented CoC and created forensic image and | 1 | 0.00 | 0.00T |
| | | Expenses: | | | |
| 6/30/2017 | Hard Drives | (2) 1 TB Hard Drives | 2 | 50.00 | 100.00 |

**Total Fees & Expenses:**
**Applicable Sales Tax: (8.25%)** $72.19
**Payments/Credits:** $0.00
**Balance This Inv.:** $1,047.19

Note: Certain services may be subject to Sales Tax (indicated with a "T" next to the item)

# LCG Discovery Experts

11767 Katy Freeway  
Suite 515  
Houston, Texas 77079  

Ph#: (832) 251-6600  
Fax: (832) 251-6601  

**Bill To:**

Jermey Hansen

# Invoice



**Invoice #:** 3805  
**Invoice Date:** 8/10/2017  
**Due Date:** 8/24/2017  
**Terms:** Net 14  
**Tax ID:** 26-3570686  

**Project:** 001 - Jermey Hansen  
**Matter/Ref #:** Jermey Hansen  
**Client PM:** gmail.com  

| Date | Item | Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 7/5/2017 | JGN-ESI Tech/ID | C309-A2 Prep, setup, document CoC and create forensic image and backup copies of (1) 250GB Hard Drive (Second attempt at imaging Macbook hard drive, successful with this attempt). C309-A5 also conducted internet activity analysis of (1) device. Note: used (2) 750GB HDDs from inventory.<br><br>>>> 1@ $850.00 ea.; Working copy no charge | 1 | 850.00 | 850.00T |
| 7/6/2017 | KGC-Consulting | Review of complaint and exhibits per N. Sud. Google access research/testing. | 1 | 375.00 | 375.00T |
| 7/6/2017 | RJS-ESI Tech/ID | Internet activity analysis of (2) devices - C309-A1 Hansen Custom Built Desktop - Bottom and Middle HDD | 2 | 350.00 | 700.00T |
| 7/6/2017 | JGN-ESI Tech/ID | C309-A2 Conducted internet activity analysis of (1) device. | 1 | 350.00 | 350.00T |
| 7/7/2017 | SES-Consulting | T/C with K. Carlson and N. Sud to discuss analyses and complaint. | 0 | 350.00 | 0.00T |
| 7/7/2017 | KGC-Consulting | T/C with S. Speer and N. Sud re: analyses and complaint. Additional Gmail research. | 1 | 375.00 | 375.00T |
| 7/7/2017 | KGC-ESI Tech/ID | Internet processing 21HDD/Asset A1 (bottom/middle) | 1 | 375.00 | 375.00T |
| 7/7/2017 | RJS-ESI Tech/ID | C309-A1 Hansen Custom Built Desktop - Top and Middle HDD's, Internet activity analysis of (2) device, ran filtered searches for K. Carlson | 1 | 350.00 | 350.00T |
| 7/7/2017 | RJS-ESI Tech/ID | C309-A2 Hansen Macbook A1534 GTHT - Internet activity analysis of (1) device, ran filtered searches for K. Carlson | 0.5 | 350.00 | 175.00T |
| 7/12/2017 | KGC-ESI Prep/Org | Preliminary Internet history analysis (4 Assets/2 computers, Assets A1/A2). Creation of summary report/communication with N. Sud and uploading exports to portal. | 3 | 375.00 | 1,125.00T |
| 7/12/2017 | KGC-Consulting | Review of phone analysis report (1 Asset, Phone Asset A3), creation of filtered report/upload of report to portal. | 0.5 | 375.00 | 187.50T |
| 7/26/2017 | KGC-Consulting | T/C with N. Sud to discuss findings/verification. VSC processing of Hansen DP (Asset A1) for affidavit verification | 1 | 400.00 | 400.00T |
| 7/26/2017 | KGC-Consulting | Drafting of affidavit per N. Sud | 2 | 400.00 | 800.00T |
| 8/2/2017 | AJF-Consulting | Peer review K.Carlson affidavit. | 0.5 | 375.00 | 187.50T |
|  |  | Expenses: |  |  |  |
| 7/31/2017 | Hard Drives | (2) 750 Hard Drives | 2 | 64.00 | 128.00 |
| 7/31/2017 | Hard Drives | (2) 1TB Hard Drives | 2 | 50.00 | 100.00 |

**Total Fees & Expenses:**

**Applicable Sales Tax: (8.25%)** $515.63  
**Payments/Credits:** $0.00  
**Balance This Inv.:** $6,993.63  

Note: Certain services may be subject to Sales Tax (indicated with a "T" next to the item)

# LCG Discovery Experts

11767 Katy Freeway  
Suite 515  
Houston, Texas 77079

Ph#: (832) 251-6600  
Fax: (832) 251-6601

**Bill To:**

Jermey Hansen

# Invoice



**Invoice #:** 3829  
**Invoice Date:** 9/20/2017  
**Due Date:** 10/4/2017  
**Terms:** Net 14  
**Tax ID:** 26-3570686

**Project:** 001 - Jermey Hansen  
**Matter/Ref #:** Jermey Hansen  
**Client PM:** gmail.com

| Date | Item | Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/7/2017 | KGC-Consulting | Finalizing of affidavit per N. Sud. Notarizing of affidavit, scan/upload and mailing of affidavit. | 1.5 | 375.00 | 562.50T |
|  |  | Expenses |  |  |  |
| 8/7/2017 | Reimb Expense | Notary | 1 | 5.00 | 5.00 |

**Total Fees & Expenses:**  
**Applicable Sales Tax: (8.25%)** $46.41  
**Payments/Credits:** $0.00  
**Balance This Inv.:** $613.91

Note: Certain services may be subject to Sales Tax (indicated with a "T" next to the item)